# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO |

## SUMMONS AND NOTICE OF PRETRIAL
## CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorneys.

| Name and Address of Plaintiff's Attorney: | David W. Carickhoff (No. 3715)<br>Bryan J. Hall (No. 6285)<br>Archer & Greiner, P.C.<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>(302) 777-4350 |
|---|---|

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| Address:<br>824 Market Street<br>6th Floor, Courtroom #3<br>Wilmington, DE 19801 | Date and Time: May 27, 2021 at 10:00 a.m. |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Dated:  March 23, 2021                             /s/  Una O'Boyle
                                                                     *Clerk of the Bankruptcy Court*