## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY<br>COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO |

## STIPULATION EXTENDING DEFENDANT'S TIME
## TO RESPOND TO THE COMPLAINT

The parties in the above-captioned adversary proceeding (the "Adversary Proceeding") hereby stipulate and agree as follows (the "Stipulation"):

1.     Direct Results Radio Inc. ("Defendant") shall have through and including May 20, 2021 (the "Extension Period") to file an answer, move, or otherwise plead in response to the Complaint of George Miller, solely in his capacity as the Chapter 7 Trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc. ("Plaintiff," and together with Defendant, the "Parties" and each a "Party").

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

2.      Except as otherwise expressly set forth herein or in any prior stipulation between the Parties, neither this Stipulation nor the extension granted herein shall constitute a waiver by any of the Parties of any right, claim or defense concerning the Complaint or the Adversary Proceeding.  Each of the Parties reserves all respective rights, claims, and defenses with respect to the Complaint and the Adversary Proceeding.

3.      Each Party agrees that during the Extension Period, it will negotiate in good faith with the other Party to resolve the Adversary Proceeding.

Dated: April 26, 2021

By:    */s/ Bryan J. Hall*
　　　David W. Carickhoff (No. 3715)
　　　Bryan J. Hall (No. 6285)
　　　Archer & Greiner, P.C.
　　　300 Delaware Ave., Suite 1100
　　　Wilmington, DE 19801
　　　(302) 777-4350
　　　(302) 777-4352 (fax)
　　　dcarickhoff@archerlaw.com
　　　bjhall@archerlaw.com

　　　*Attorneys for Chapter 7 Trustee,*
　　　*George L. Miller*

Dated: April 26, 2021

By:    */s/ Andrew Caine*
　　　Andrew Caine
　　　Pachulski Stang Ziehl & Jones LLP
　　　10100 Santa Monica Blvd.
　　　13th Floor
　　　Los Angeles, CA  90067-4003
　　　310.277.6910
　　　acaine@pszjlaw.com

　　　*Counsel for Defendant*

220971802v1