IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br>v.<br><br>CABRINHA, *et al.* | Adv. Pro. No. 20-50706-KBO |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br>v.<br><br>Defendants in Chapter 5 Actions Listed on **Exhibit A**. | **Adv. Pro. No.** *See* **Exhibit A.** |

**NOTICE OF MATTERS SCHEDULED FOR
HEARING ON MAY 27, 2021 AT 10:00 A.M.**

### ADJOURNED PRETRIAL CONFERENCES

1. The pretrial conferences for the adversary proceedings listed on **Exhibit A** are adjourned to June 23, 2021 at 2:00 p.m. (ET). A Status Chart of the Chapter 5 Actions is annexed hereto as **Exhibit 1**.

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED**

2. Chapter 7 Trustee's Motion for an Order Approving Stipulation with Siena Lending Group LLC (filed April 21, 2021) [Dkt. No. 148]

    Response Deadline: May 5, 2021

    Response Received: None.

    Related Documents:

    a. Certificate of No Objection (filed May 17, 2021) [Dkt. No. 155]

    b. Order Approving Stipulation with Siena Lending Group LLC (entered May 18, 2021) [Dkt. No. 156]

    Status: An Order has been entered. Accordingly, no hearing is necessary.

**UNCONTESTED MATTERS WITH A CERTIFICATE OF NO OBJECTION**

3. Third Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2020 through March 31, 2021 (filed May 6, 2021) [Dkt. No. 149]

    Response Deadline: May 20, 2021

    Response Received: None.

    Related Documents:

    a. Certificate of No Objection (filed May 21, 2021) [Dkt. No. 157]

    Status: The Trustee has filed a Certificate of No Objection and uploaded the proposed order.

4. First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlements of Causes of Action Pursuant to Fed. R. Bankr. P. 9019 (filed May 6, 2021) [Dkt. No. 151]

    Response Deadline: May 20, 2021

    Response Received: None.

    Related Documents:

    a. Certificate of No Objection (filed May 21, 2021) [Dkt. No. 158]

        Status: The Trustee has filed a Certificate of No Objection and uploaded the proposed order.

5.      Chapter 7 Trustee's Motion for an Order Approving Settlement of Adversary Proceeding Pursuant to Fed. R. Bankr. P. 9019 and Authorizing Payment of Settlement Proceeds by Insurers (filed May 6, 2021) [Main Case Dkt. No. 154; Cabrinha, *et al.* Adv. Proc. Dkt. No. 69]

        Response Deadline:  May 20, 2021

        Response Received:   None.

        Related Documents:

        a.      Certificate of No Objection (filed May 21, 2021) [Dkt. No. 159]

        Status: The Trustee has filed a Certificate of No Objection and uploaded the proposed order.

Dated:  May 25, 2021                      ARCHER & GREINER, P.C.

                                              */s/ David W. Carickhoff*
                                              David W. Carickhoff (No. 3715)
                                              Bryan J. Hall (No. 6285)
                                              300 Delaware Avenue, Suite 1100
                                              Wilmington, DE 19801
                                              Tel: (302) 777-4350
                                              Fax: (302) 777-4352
                                              E-mail: dcarickhoff@archerlaw.com
                                                        bjhall@archerlaw.com

                                              *Counsel for George L. Miller,*
                                              *Chapter 7 Trustee*

## Exhibit A

## Chapter 5 Actions

| Case Number | Defendants |
|---|---|
| 21-50247 | American Express National Bank |
| 21-50248 | Boston Computers & Peripherals, Inc. and BCPI, Inc. |
| 21-50249 | Direct Results Radio Inc. |
| 21-50250 | Extreme Reach, Inc. |
| 21-50251 | Global Sticks Express LLC |
| 21-50252 | Gracenote Media Service LLC |
| 21-50253 | KTLA and Nexstar Media Group, Inc. |
| 21-50254 | Manhattan Management Co. LLC |
| 21-50255 | The Nielsen Company (US), LLC |
| 21-50256 | Passionfruit Direct LLC |
| 21-50257 | Senior Comparison LLC |
| 21-50258 | Stone-Miller, Inc. |
| 21-50314 | Azar LLC |
| 21-50315 | Epath Digital, LP |
| 21-50322 | Atlantic Coast Media Group, LLC |
| 21-50323 | Digital Media Solutions |
| 21-50324 | ICTV Brands, Inc. |
| 21-50325 | Ideal Living Direct, LLC |
| 21-50326 | Info Up, LLC |
| 21-50327 | NuWave, LLC |
| 21-50328 | Prestige Marketing, Inc. |
| 21-50329 | Verified Nutrition LLC |
| 21-50435 | Media Funding Corporation |

221191913v2