# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br>v.<br><br>CABRINHA, *et al.* | Adv. Pro. No. 20-50706-KBO |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br>v.<br><br>Defendants in Chapter 5 Actions Listed on **Exhibit A**. | **Adv. Pro. No.** *See* **Exhibit A.** |

### *AMENDED*[2] NOTICE OF MATTERS SCHEDULED FOR HEARING ON MAY 27, 2021 AT 10:00 A.M.

### THIS HEARING HAS BEEN <u>CANCELLED</u>
### AS NO MATTERS ARE GOING FORWARD

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

[2] Amended items appear in italicized or boldface type.

**ADJOURNED PRETRIAL CONFERENCES**

1. The pretrial conferences for the adversary proceedings listed on **Exhibit A** are adjourned to June 23, 2021 at 2:00 p.m. (ET). A Status Chart of the Chapter 5 Actions is annexed hereto as **Exhibit 1**.

**UNCONTESTED MATTERS FOR WHICH AN ORDER HAS BEEN ENTERED**

2. Chapter 7 Trustee's Motion for an Order Approving Stipulation with Siena Lending Group LLC (filed April 21, 2021) [Dkt. No. 148]

   Response Deadline: May 5, 2021

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection (filed May 17, 2021) [Dkt. No. 155]

   b. Order Approving Stipulation with Siena Lending Group LLC (entered May 18, 2021) [Dkt. No. 156]

   Status: An Order has been entered. Accordingly, no hearing is necessary.

3. Third Interim Application of Miller Coffey Tate LLP for Compensation and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from October 1, 2020 through March 31, 2021 (filed May 6, 2021) [Dkt. No. 149]

   Response Deadline: May 20, 2021

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection (filed May 21, 2021) [Dkt. No. 157]

   b. **Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses (entered May 25, 2021) [Dkt. No. 161]**

   Status: **An Order has been entered. Accordingly, no hearing is necessary**.

4. First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlements of Causes of Action Pursuant to Fed. R. Bankr. P. 9019 (filed May 6, 2021) [Dkt. No. 151]

   Response Deadline: May 20, 2021

Response Received: None.

Related Documents:

a. Certificate of No Objection (filed May 21, 2021) [Dkt. No. 158]

b. **Order Granting the First Omnibus Motion of the Chapter 7 Trustee for Entry of an Order Approving Settlements of Causes of Action Pursuant to Fed. R. Bankr. P. 9019 (entered May 25, 2021) [Dkt. No. 162]**

Status: **An Order has been entered. Accordingly, no hearing is necessary.**

5. Chapter 7 Trustee's Motion for an Order Approving Settlement of Adversary Proceeding Pursuant to Fed. R. Bankr. P. 9019 and Authorizing Payment of Settlement Proceeds by Insurers (filed May 6, 2021) [Main Case Dkt. No. 154; Cabrinha, *et al.* Adv. Proc. Dkt. No. 69]

   Response Deadline: May 20, 2021

   Response Received: None.

   Related Documents:

   a. Certificate of No Objection (filed May 21, 2021) [Dkt. No. 159]

   b. **Order Approving Settlement of Adversary Proceeding Pursuant to Fed. R. Bankr. P. 9019 and Authorizing Payment of Settlement Proceeds by Insurers (entered May 25, 2021) [Main Case Dkt. No. 163; Cabrinha, *et al.* Adv. Proc. Dkt. No. 72]**

   Status: **An Order has been entered. Accordingly, no hearing is necessary.**

Dated: May 25, 2021

ARCHER & GREINER, P.C.

<u>*/s/ David W. Carickhoff*</u>
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com
       bjhall@archerlaw.com

*Counsel for George L. Miller,*
*Chapter 7 Trustee*

## Exhibit A

### Chapter 5 Actions

| Case Number | Defendants |
|---|---|
| 21-50247 | American Express National Bank |
| 21-50248 | Boston Computers & Peripherals, Inc. and BCPI, Inc. |
| 21-50249 | Direct Results Radio Inc. |
| 21-50250 | Extreme Reach, Inc. |
| 21-50251 | Global Sticks Express LLC |
| 21-50252 | Gracenote Media Service LLC |
| 21-50253 | KTLA and Nexstar Media Group, Inc. |
| 21-50254 | Manhattan Management Co. LLC |
| 21-50255 | The Nielsen Company (US), LLC |
| 21-50256 | Passionfruit Direct LLC |
| 21-50257 | Senior Comparison LLC |
| 21-50258 | Stone-Miller, Inc. |
| 21-50314 | Azar LLC |
| 21-50315 | Epath Digital, LP |
| 21-50322 | Atlantic Coast Media Group, LLC |
| 21-50323 | Digital Media Solutions |
| 21-50324 | ICTV Brands, Inc. |
| 21-50325 | Ideal Living Direct, LLC |
| 21-50326 | Info Up, LLC |
| 21-50327 | NuWave, LLC |
| 21-50328 | Prestige Marketing, Inc. |
| 21-50329 | Verified Nutrition LLC |
| 21-50435 | Media Funding Corporation |

221191913v3

## Exhibit 1

### Status of Chapter 5 Actions

Settled/resolved:

|    | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 1. | 21-50247 | American Express National Bank | 3/23/2021 | n/a | | Settled. 9019 motion filed. |
| 2. | 21-50314 | Azar LLC dba Remodeling | 4/6/2021 | n/a | | Settled. 9019 motion filed. |
| 3. | 21-50248 | Boston Computers & Peripherals, Inc. and BCPI, Inc. | 3/23/2021 | n/a | | Settled. 9019 motion filed. |
| 4. | 21-50250 | Extreme Reach, Inc. | 3/23/2021 | n/a | | Settled. 9019 motion filed. |
| 5. | 21-50252 | Gracenote Media Service LLC | 3/23/2021 | n/a | | Settled. 9019 motion filed. |
| 6. | n/a | Nature Refined, LLC | | | | Settled. 9019 motion filed. |
| 7. | 21-50255 | Nielsen Company (US), LLC | 3/23/2021 | n/a | | Settled. 9019 motion filed. |
| 8. | 21-50259 | Worldlink Ventures, Inc. | 3/23/2021 | | | Dismissed and closed. |

Matters that are adjourned to the initial pretrial conference on June 23, 2021 at 2:00 p.m. (ET):

|    | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 1. | 21-50322 | Atlantic Coast Media Group, LLC | 4/19/2021 | 5/19/2021 | | Adjourned to 6/23/2021. |
| 2. | 21-50323 | Digital Media Solutions d/b/a The Addiction Advisor | 4/19/2021 | 6/16/2021 | | Discussions are ongoing about the possibility of settlement. |
| 3. | 21-50249 | Direct Results Radio Inc. | 3/23/2021 | 6/17/2021 | | Discussions are ongoing about the possibility of settlement. |
| 4. | 21-50315 | Epath Digital, LP | 4/6/2021 | 5/6/2021 | | Default entered. Motion for default judgment to be filed. |

|     | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|-----|---------------|-----------|----------------------------|-----------------|--------------|--------|
| 5.  | 21-50251 | Global Sticks Express LLC dba Shipsticks | 3/23/2021 | 6/17/2021 | | Discussions are ongoing about the possibility of settlement. |
| 6.  | 21-50324 | ICTV Brands, Inc. | 4/19/2021 | 5/19/2021 | | Adjourned to 6/23/2021. |
| 7.  | 21-50325 | Ideal Living Direct, LLC dba Ideal Living Media, LLC | 4/19/2021 | 6/16/2021 | | Discussions are ongoing about the possibility of settlement. |
| 8.  | 21-50326 | Info Up, LLC | 4/19/2021 | 6/16/2021 | | Discussions are ongoing about the possibility of settlement. |
| 9.  | 21-50253 | KTLA and Nexstar Media Group, Inc. | 3/23/2021 | 4/22/2021 | 5/18/2021 | Discussions are ongoing about the possibility of settlement. |
| 10. | 21-50254 | Manhattan Management Co. LLC | 3/23/2021 | 4/24/2021 | | Default entered.  Motion for default judgment to be filed. |
| 11. | 21-50435 | Media Funding Corporation | 5/7/2021 | 6/6/2021 | | Adjourned to 6/23/2021. |
| 12. | 21-50327 | NuWave, LLC | 4/19/2021 | 5/19/2021 | | Adjourned to 6/23/2021. |
| 13. | 21-50256 | Passionfruit Direct LLC | 3/23/2021 | 4/22/2021 | 4/21/2021 | Discussions are ongoing about the possibility of settlement. |
| 14. | 21-50328 | Prestige Marketing Inc. | 4/19/2021 | 5/19/2021 | | Adjourned to 6/23/2021. |
| 15. | 21-50257 | Senior Comparison LLC | 3/23/2021 | 4/24/2021 | | Default entered.  Motion for default judgment to be filed. |
| 16. | 21-50258 | Stone-Miller Inc. | 3/23/2021 | 6/17/2021 | | Discussions are ongoing about the possibility of settlement. |
| 17. | 21-50329 | Verified Nutrition, LLC | 4/19/2021 | 5/19/2021 | | Adjourned to 6/23/2021. |

221198242v1