# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY<br>COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO<br><br>**Re: D.I. 9** |

## ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

This Court having considered the *Certification of Counsel Regarding Further Extending the Defendant's Time to Respond to the Complaint*; and the Court having determined that good and adequate cause exists for granting the relief set forth in this Order; and the Court having determined that no further notice need be given; it is hereby ORDERED that:

1. The above-captioned defendant's time to respond to the complaint in this adversary proceeding hereby is extended to and including July 16, 2021.

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

2. The initial pretrial conference in this adversary proceeding that had been scheduled for June 23, 2021, at 2:00 p.m. (ET) is adjourned to August 17, 2021 at 10:00 a.m. (ET).

3. Nothing contained in this Order shall prejudice the rights of any party, including the right to seek a further extension of the time to respond to the complaint or to oppose any such request.

4. The Court shall retain jurisdiction with respect to all matters relating to the interpretation, implementation, and enforcement of this Order.

Dated: June 11th, 2021
Wilmington, Delaware

*Ka B. O----*
KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE