IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br>v.<br><br>Defendants in Chapter 5 Actions Listed on **Exhibit A**. | **Adv. Pro. No.** *See* **Exhibit A.** |

NOTICE OF MATTERS SCHEDULED FOR
HEARING ON JUNE 23, 2021 AT 2:00 P.M.

**THIS HEARING HAS BEEN CANCELLED
AS NO MATTERS ARE GOING FORWARD**

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

221431950v1

**ADJOURNED PRETRIAL CONFERENCES**

    1.    The pretrial conferences for the adversary proceedings listed on **Exhibit A** are adjourned to August 17, 2021 at 10:00 a.m. (ET). A Status Chart of the Chapter 5 Actions is annexed hereto as **Exhibit 1**.

Dated:  June 21, 2021                        ARCHER & GREINER, P.C.

*/s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel: (302) 777-4350
Fax: (302) 777-4352
E-mail: dcarickhoff@archerlaw.com
           bjhall@archerlaw.com

*Counsel for George L. Miller,*
*Chapter 7 Trustee*

## Exhibit A

### Chapter 5 Actions

| Case Number | Defendants |
|---|---|
| 21-50247 | American Express National Bank |
| 21-50248 | Boston Computers & Peripherals, Inc. and BCPI, Inc. |
| 21-50249 | Direct Results Radio Inc. |
| 21-50250 | Extreme Reach, Inc. |
| 21-50251 | Global Sticks Express LLC |
| 21-50252 | Gracenote Media Service LLC |
| 21-50253 | KTLA and Nexstar Media Group, Inc. |
| 21-50254 | Manhattan Management Co. LLC |
| 21-50255 | The Nielsen Company (US), LLC |
| 21-50256 | Passionfruit Direct LLC |
| 21-50257 | Senior Comparison LLC |
| 21-50258 | Stone-Miller, Inc. |
| 21-50314 | Azar LLC |
| 21-50315 | Epath Digital, LP |
| 21-50322 | Atlantic Coast Media Group, LLC |
| 21-50323 | Digital Media Solutions |
| 21-50324 | ICTV Brands, Inc. |
| 21-50325 | Ideal Living Direct, LLC |
| 21-50326 | Info Up, LLC |
| 21-50327 | NuWave, LLC |
| 21-50328 | Prestige Marketing, Inc. |
| 21-50329 | Verified Nutrition LLC |
| 21-50435 | Media Funding Corporation |

# Exhibit 1

## Status of Chapter 5 Actions

Settled/resolved:

|    | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 1. | 21-50247 | American Express National Bank | 3/23/2021 | n/a | | Settled. |
| 2. | 21-50322 | Atlantic Coast Media Group, LLC | 4/19/2021 | 5/19/2021 | | Judgment by Default entered 6/11/2021 [D.I. 11]. |
| 3. | 21-50314 | Azar LLC dba Remodeling | 4/6/2021 | n/a | | Settled. |
| 4. | 21-50248 | Boston Computers & Peripherals, Inc. and BCPI, Inc. | 3/23/2021 | n/a | | Settled. |
| 5. | 21-50315 | Epath Digital, LP | 4/6/2021 | 5/6/2021 | | Judgment by Default entered 6/7/2021 [D.I. 11]. |
| 6. | 21-50250 | Extreme Reach, Inc. | 3/23/2021 | n/a | | Settled. |
| 7. | 21-50251 | Global Sticks Express LLC dba Shipsticks | 3/23/2021 | 7/16/2021 | | Settled; 9019 motion to be filed. |
| 8. | 21-50252 | Gracenote Media Service LLC | 3/23/2021 | n/a | | Settled. |
| 9. | 21-50324 | ICTV Brands, Inc. | 4/19/2021 | 5/19/2021 | | Judgment by Default entered 6/11/2021 [D.I. 10]. |
| 10. | 21-50435 | Media Funding Corporation | 5/7/2021 | 6/6/2021 | | Judgment by Default entered 6/16/2021 [D.I. 7]. |
| 11. | n/a | Nature Refined, LLC | | | | Settled. |
| 12. | 21-50255 | Nielsen Company (US), LLC | 3/23/2021 | n/a | | Settled. |
| 13. | 21-50328 | Prestige Marketing Inc. | 4/19/2021 | 5/19/2021 | | Judgment by Default entered 6/11/2021 [D.I. 10]. |
| 14. | 21-50257 | Senior Comparison LLC | 3/23/2021 | 4/24/2021 | | Judgment by Default entered 6/7/2021 [D.I. 10]. |

221431950v1

|     | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|-----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 15. | 21-50329 | Verified Nutrition, LLC | 4/19/2021 | 5/19/2021 | | Judgment by Default entered 6/11/2021 [D.I. 10]. |
| 16. | 21-50259 | Worldlink Ventures, Inc. | 3/23/2021 | | | Dismissed and closed. |

Matters that are adjourned to the initial pretrial conference on August 17, 2021 at 10:00 a.m. (ET):

|    | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 1. | 21-50323 | Digital Media Solutions d/b/a The Addiction Advisor | 4/19/2021 | 7/16/2021 | | Discussions are ongoing about the possibility of a consensual resolution. |
| 2. | 21-50249 | Direct Results Radio Inc. | 3/23/2021 | 7/16/2021 | | Discussions are ongoing about the possibility of a consensual resolution. |
| 3. | 21-50325 | Ideal Living Direct, LLC dba Ideal Living Media, LLC | 4/19/2021 | 7/16/2021 | | Discussions are ongoing about the possibility of a consensual resolution. |
| 4. | 21-50326 | Info Up, LLC | 4/19/2021 | 7/16/2021 | | Discussions are ongoing about the possibility of a consensual resolution. |
| 5. | 21-50253 | KTLA and Nexstar Media Group, Inc. | 3/23/2021 | 4/22/2021 | 5/18/2021 | Discussions are ongoing about the possibility of a consensual resolution. |
| 6. | 21-50254 | Manhattan Management Co. LLC | 3/23/2021 | 4/24/2021 | | Default entered on 5/20/2021 [D.I. 5]. Discussions are ongoing about the possibility of a consensual resolution. |
| 7. | 21-50327 | NuWave, LLC | 4/19/2021 | 7/16/2021 | | Discussions are ongoing about the possibility of a consensual resolution. |

|    | Adv. Proc. No. | Defendant | Summons & complaint served | Answer deadline | Answer filed | Status |
|----|----------------|-----------|----------------------------|-----------------|--------------|--------|
| 8. | 21-50256 | Passionfruit Direct LLC | 3/23/2021 | 4/22/2021 | 4/21/2021 | Discussions are ongoing about the possibility of a consensual resolution. |
| 9. | 21-50258 | Stone-Miller Inc. | 3/23/2021 | 6/17/2021 | 6/16/2021 | Parties have discussed the possibility of a consensual resolution. Awaiting defendant's decision regarding mediation. |