# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 19−10757−KBO |
| Diversified Mercury Communications, LLC ) | Bankruptcy Chapter: 7 |
| Debtor ) | |
| _____ ) | |
| George L. Miller ) | |
| ) | |
| Plaintiff ) | Adv. Proc. No.:  21−50249−KBO |
| vs. ) | |
| Direct Results Radio Inc. ) | |
| Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

  Pursuant to this Court's Local Rule 9019−5, George L. Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby
  **ORDERED** that this matter is scheduled for  TBD ; and it is further
  **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further
  **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further
  **ORDERED** that:
       (a) If the parties have stipulated to entry of this order, Ian Connor Bifferato , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,
       (b) If the parties have not stipulated to entry of this order, the court appoints Ian Connor Bifferato , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further
  **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further
  **ORDERED** that all deadlines as defined in the Order Assigning Adversary Proceeding to Mediation entered 8/23/2021 shall apply.

Date: 8/24/21

Karen B. Owens
Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Miller,
    Plaintiff

Direct Results Radio Inc.,
    Defendant

Adv. Proc. No. 21-50249-KBO

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 2
Date Rcvd: Aug 24, 2021      Form ID: van447      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

**Recip ID**      **Recipient Name and Address**
md      + Ian Connor Bifferato, The Bifferato Firm, 1007 N. Orange Street, 4th Floor, Wilmington, DE 19801-1242

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

**Name**      **Email Address**

Bryan J Hall
     on behalf of Plaintiff George L. Miller bjhall@archerlaw.com

David W. Carickhoff
     on behalf of Plaintiff George L. Miller dcarickhoff@archerlaw.com

George L. Miller
     gmiller@mctllp.com lcromley@mctllp.com;msilveira@mctllp.com;de22@ecfcbis.com

Ian Connor Bifferato
     on behalf of Mediator Ian Connor Bifferato cbifferato@tbf.legal mstewart@tbf.legal;yshenton@tbf.legal

Mary F Caloway
     on behalf of Defendant Direct Results Radio Inc. mcaloway@pszjlaw.com

District/off: 0311-1                              User: admin                                        Page 2 of 2
Date Rcvd: Aug 24, 2021                    Form ID: van447                                Total Noticed: 1
TOTAL: 5