# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 7 |
| Diversified Mercury Communications, LLC. | Case No.: 19-10757 – (KBO) |
| Debtor. | |
| George L. Miller | |
| Plaintiff, | **MEDIATION STATUS REPORT** |
| v. | |
| Direct Results Radio, Inc. | Adv. Proc. No.: 21-50249 - KBO |
| Defendants. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

   (1) Counsel (name and party representing):

   Counsel for Plaintiff: Bryan J. Hall, Esq.

   Counsel for Defendant: Andrew Caine, Esq.

(b) The following parties failed to appear and/or participate as ordered:

   (1) Parties (name and capacity):   N/A

(c) The outcome of the mediation conference was:

   _____   The matter has been completely resolved and counsel (or parties) shall file an appropriate stipulation and proposed order within twenty (20) days.

    \_\_\_\_\_    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    \_\_\_\_\_    The following issues remain for this court to resolve:

    __X__    The matter has not been resolved and should proceed to trial.

    \_\_\_\_\_    OTHER:

 

Mediator

Dated: October 26, 2021

*/s/ Ian Connor Bifferato*
Ian Connor Bifferato (DE #3273)
The Bifferato Firm P.A.
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801