# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1] | Case No. 19-10757-KBO (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc., | |
| Plaintiff, | Adv. Pro. No. 21-50249-KBO |
| v. | |
| DIRECT RESULTS RADIO INC., | |
| Defendant. | |

## SCHEDULING ORDER

To promote the efficient and expeditious disposition of the above-captioned Adversary Proceeding, the following schedule shall apply. It is hereby ORDERED that:

1. The requirements under Fed. R. Civ. P. 16, Fed. R. Bankr. P. 7016, and Local Rules 7004-2 and 7016-1 that the parties appear at an initial pretrial conference are deemed satisfied.

2. The requirements of Fed. R. Civ. P. 26(f) and Fed. R. Bankr. P. 7026 (e.g., mandatory meeting before scheduling conference/discovery plan) are deemed satisfied.

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

3. The parties shall provide their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) on or before December 1, 2021.

4. All formal fact discovery shall be completed by no later than February 25, 2022.

5. All expert discovery shall be completed, and all discovery shall close, by March 25, 2022.

6. Dispositive motion shall be filed and served on or before April 22, 2022. Oppositions to any dispositive motion shall be filed and served within 21 days of the date of service of such dispositive motion, and any replies shall be filed and served within 14 days of the date of service of any such opposition.

7. At a date to be determined, the Court will hold a status conference by telephone with counsel to the parties regarding, among other matters, (i) the status of this Adversary Proceeding and/or (ii) the scheduling of a final pretrial conference and trial setting.

8. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is practicable.

9. Deadlines contained in this Order may be extended upon agreement of the Parties or by further order of the Court.

10. Plaintiff shall serve a copy of this Order on Defendant within five days of entry of this Order.

Dated: November 10th, 2021
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE