# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, et al.[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 19-10757 (KBO)<br><br>Jointly Administered |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>                      Plaintiff,<br><br>    v.<br><br>DIRECT RESULTS RADIO, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-50249 (KBO) |

## NOTICE OF SERVICE

I, Mary F. Caloway, hereby certify that on the 30th day of November 2021, copies of Defendant's Rule 26 Initial Disclosures were served via electronic mail on the following counsel of record:

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

1

David W. Carickhoff
Archer & Greiner P.C.
dcarickhoff@archerlaw.com

Bryan J. Hall
Archer & Greiner P.C.
bjhall@archerlaw.com

Dated:  November 30, 2021
        Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/  Mary F. Caloway*
Mary F. Caloway (DE Bar No. 3059)
Andrew W. Caine (CA Bar No. 110345)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email:  mcaloway@pszjlaw.com
        acaine@pszjlaw.com

*Counsel for Defendant*