## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1] | Case No. 19-10757-KBO (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc., | |
| Plaintiff, | Adv. Pro. No. 21-50249-KBO |
| v. | |
| DIRECT RESULTS RADIO INC., | |
| Defendant. | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

PLEASE TAKE NOTICE that on December 1, 2021, Plaintiff George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estates of the above-captioned Debtors, pursuant to Rules 26(a)(1) of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy Procedures, served the *Plaintiff's Rule 26(a)(1) Initial Disclosures* by CM/ECF and by email upon counsel for the Defendant:

---

[1] The Debtors in these cases are:  (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

Mary F. Caloway, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
mcaloway@pszjlaw.com
acaine@pszjlaw.com

Dated: December 1, 2021                    By: */s/ Bryan J. Hall*_____
                                               David W. Carickhoff (No. 3715)
                                               Bryan J. Hall (No. 6285)
                                               Archer & Greiner, P.C.
                                               300 Delaware Ave., Suite 1100
                                               Wilmington, DE 19801
                                               (302) 777-4350
                                               (302) 777-4352 (fax)
                                               dcarickhoff@archerlaw.com
                                               bjhall@archerlaw.com

                                               *Attorneys for Chapter 7 Trustee,*
                                               *George L. Miller*

222600555v1