# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO |

## NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO DEFENDANT DIRECT RESULTS RADIO, INC.

PLEASE TAKE NOTICE that on December 20, 2021, Plaintiff George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estates of the above-captioned Debtors, by his undersigned counsel, pursuant to Rules 26, 33, 34, and 36 of the Federal Rules of Civil Procedure and Rules 7026, 7033, 7034, and 7036 of the Federal Rules of Bankruptcy Procedures, served the (i) Plaintiff's First Set of Requests for Admissions Directed to Defendant Direct Results Radio Inc., (ii) Plaintiff's First Set of Requests for Production of Documents, Electronically Stored

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

Information, and Tangible Things Directed to Defendant Direct Results Radio Inc., and (iii) Plaintiff's First Set of Interrogatories Directed to Defendant Direct Results Radio Inc., and the accompany exhibits thereto, by email upon counsel for the Defendant:

    Mary F. Caloway, Esq.
    Andrew W. Caine, Esq.
    Pachulski Stang Ziehl & Jones LLP
    919 North Market Street, 17th Floor
    Wilmington, Delaware 19801
    mcaloway@pszjlaw.com
    acaine@pszjlaw.com

Dated: December 20, 2021        By: */s/ Bryan J. Hall*
                                           David W. Carickhoff (No. 3715)
                                           Bryan J. Hall (No. 6285)
                                           Archer & Greiner, P.C.
                                           300 Delaware Ave., Suite 1100
                                           Wilmington, DE 19801
                                           (302) 777-4350
                                           (302) 777-4352 (fax)
                                           dcarickhoff@archerlaw.com
                                           bjhall@archerlaw.com

                                           *Attorneys for Chapter 7 Trustee,*
                                           *George L. Miller*

222898450v1