# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO<br><br>Re: D.I. 24 |

## AMENDED SCHEDULING ORDER

On November 10, 2021, the Court entered a pretrial scheduling order in the above-captioned adversary proceeding, among other things, establishing certain pretrial dates and deadlines [Adv. D.I. 21] (the "Original Scheduling Order").  To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the Original Scheduling Order is amended, solely to the extent set forth herein, and the following schedule shall apply.  It is hereby ORDERED that:

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

1. Defendant shall have through and including January 31, 2022, or as otherwise mutually agreed to by the parties, to respond to the Plaintiff's first set of discovery requests served on December 20, 2021.

2. All formal fact discovery shall be completed by no later than March 11, 2022.

3. All expert discovery shall be completed, and all discovery shall close, by April 8, 2022.

4. Dispositive motion shall be filed and served on or before May 6, 2022. Oppositions to any dispositive motion shall be filed and served within 21 days of the date of service of such dispositive motion, and any replies shall be filed and served within 14 days of the date of service of any such opposition.

5. At a date to be determined, the Court will hold a status conference by telephone with counsel to the parties regarding, among other matters, (i) the status of this Adversary Proceeding and/or (ii) the scheduling of a final pretrial conference and trial setting.

6. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is practicable.

7. Deadlines contained in this Order may be extended upon agreement of the parties or by further order of the Court.

8. Plaintiff shall serve a copy of this Order on Defendant within five days of entry of this Order.

**Dated: January 18th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**