**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.,* | Case No. 19-10757 (KBO) |
| Debtors. | Jointly Administered |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc., | Adv. Proc. No. 21-50249 (KBO) |
| Plaintiff, | |
| v. | |
| DIRECT RESULTS RADIO, INC., | |
| Defendant. | |

**NOTICE OF SERVICE**

I, Mary F. Caloway, certify that on the 31st day of January, 2022, I caused (i) *Defendant's Response to Plaintiff's First Set of Requests for Production of Documents, Electronically Stored Information and Tangible Things*, (ii) *Defendant's Response to Plaintiff's First Set of Requests for Admissions*, and (iii) *Defendant's Response to Plaintiff's First Set of Interrogatories* to be served on the following via electronic mail:

David W. Carickhoff  
dcarickhoff@archerlaw.com

Bryan J. Hall  
bjhall@archerlaw.com

*/s/ Mary F. Caloway*
Mary F. Caloway (Bar No. 3059)
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Email: mcaloway@pszjlaw.com

*Counsel to Defendant, Direct Results Radio, Inc.*