# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DIVERSIFIED MERCURY COMMUNICATIONS, LLC, et al. <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-10757 (KBO) <br><br> Jointly Administered |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT RESULTS RADIO, INC., <br><br> Defendant. | Adv. Proc. No. 21-50249 (KBO) |

## NOTICE OF SERVICE OF DISCOVERY

I, Mary F. Caloway, certify that on the 3rd day of February, 2022, I served *Defendant's First Set of Requests for Production of Documents Propounded to Plaintiff* on the following via electronic mail:

David W. Carickhoff
dcarickhoff@archerlaw.com

Bryan J. Hall
bjhall@archerlaw.com

Dated: February 3, 2022

           */s/ Mary F. Caloway*
           Mary F. Caloway (Bar No. 3059)
           Pachulski Stang Ziehl & Jones LLP
           919 N. Market St., 17th Floor
           P.O. Box 8705
           Wilmington, DE 19899 (Courier 19801)
           Email: mcaloway@pszjlaw.com

           *Counsel to Defendant, Direct Results Radio, Inc.*