# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-10757-KBO <br> (Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DIRECT RESULTS RADIO INC., <br><br> Defendant. | Adv. Pro. No. 21-50249-KBO |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 18, 2022, Plaintiff George L. Miller, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estates of the above-captioned Debtors, served the *Plaintiff's Response to Defendant's First Set of Requests for Production of Documents Propounded to Plaintiff* by email upon counsel for the Defendant:

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

2

Mary F. Caloway, Esq.
Andrew W. Caine, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
mcaloway@pszjlaw.com
acaine@pszjlaw.com

Dated: March 18, 2022

By: */s/ Bryan J. Hall*
David W. Carickhoff (No. 3715)
Bryan J. Hall (No. 6285)
Archer & Greiner, P.C.
300 Delaware Ave., Suite 1100
Wilmington, DE 19801
(302) 777-4350
(302) 777-4352 (fax)
dcarickhoff@archerlaw.com
bjhall@archerlaw.com

*Attorneys for Chapter 7 Trustee, George L. Miller*

223734187v1