# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY<br>COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | <br><br><br><br><br><br>Adv. Pro. No. 21-50249-KBO<br><br>Re:  D.I. 26 |

## SECOND AMENDED SCHEDULING ORDER

On January 18, 2022, the Court entered an Amended Scheduling Order [Adv. D.I. 26] in the above-captioned adversary proceeding, establishing certain pretrial dates and deadlines. To promote the efficient and expeditious disposition of the above-captioned adversary proceeding, the Amended Scheduling Order is amended solely to the extent set forth herein and the following schedule shall apply.  It is hereby ORDERED that:

1. Dispositive motion shall be filed and served on or before June 6, 2022. Oppositions to any dispositive motion shall be filed and served within 21 days of the date of

---

[1] The Debtors in these cases are:  (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

service of such dispositive motion, and any replies shall be filed and served within 14 days of the date of service of any such opposition.

2. At a date to be determined, the Court will hold a status conference by telephone with counsel to the parties regarding, among other matters, (i) the status of this Adversary Proceeding and/or (ii) the scheduling of a final pretrial conference and trial setting.

3. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal, or other resolution of this Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is practicable.

4. Deadlines contained in this Order may be extended upon agreement of the parties or by further order of the Court.

5. Plaintiff shall serve a copy of this Order on Defendant within five days of entry of this Order.

**Dated: May 4th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**