**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY<br>COMMUNICATIONS, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity<br>as chapter 7 trustee of Diversified Mercury<br>Communications, LLC and DTR<br>Advertising, Inc.,<br><br>              Plaintiff,<br><br>     v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>              Defendant. | Adv. Pro. No. 21-50249-KBO |

**NOTICE OF ZOOM CONFERENCE SCHEDULED FOR**
**JUNE 14, 2022 AT 10:00 A.M. (ET)**

This conference will be held via Zoom.  All parties wishing to appear are invited to register using the link below.  The Bankruptcy Court is no longer using CourtCall, all remote hearings scheduled will be conducted entirely over Zoom.  All individuals participating by Zoom must register at least 2 hours prior to the hearing at the provided link.  Once you register, you will receive a confirmation email containing information about joining the meeting.

Topic: Miller v. Direct Results Radio Inc. – Adv. Proc. Np. 21-50249 (KBO)
Time: June 14, 2022 at 10:00 A.M. Eastern Time (US and Canada)

Registration Link:
https://debuscourts.zoomgov.com/meeting/register/vJIsd-uhrTgsGObdvUlSojzeok2FV2UQNRM

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

**<u>PRETRIAL CONFERENCE</u>**

1.  A conference to discuss scheduling and pretrial deadlines will be held in the above-captioned adversary proceeding.

<u>Related documents</u>:  None

<u>Status</u>: Going forward

Dated: June 8, 2022          By:    */s/ Bryan J. Hall*
       Wilmington, Delaware          David W. Carickhoff (No. 3715)
       Bryan J. Hall (No. 6285)
       ARCHER & GREINER, P.C.
       300 Delaware Avenue, Suite 1100
       Wilmington, DE 19801
       (302) 777-4350
       (302) 777-4352
       dcarickhoff@archerlaw.com
       bjhall@archerlaw.com

       *Attorneys for Chapter 7 Trustee,*
       *George L. Miller*

224759070v1