# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DIVERSIFIED MERCURY COMMUNICATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 19-10757-KBO<br>(Jointly Administered) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee of Diversified Mercury Communications, LLC and DTR Advertising, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT RESULTS RADIO INC.,<br><br>Defendant. | Adv. Pro. No. 21-50249-KBO |

## PRETRIAL SCHEDULING ORDER

The Court enters this order in an effort to expedite trial of this matter. It is hereby ORDERED that:

1. No later than July 25, 2022, the parties shall file with this Court a joint statement setting forth the facts that are uncontested and the facts, if any, that are in dispute.

2. The parties shall file pretrial briefs setting forth a concise statement of the facts and the law regarding Plaintiff's claims for relief and Defendant's defenses thereto, pursuant to the following schedule:

    a. Plaintiff shall file an opening brief by no later than August 19, 2022;

---

[1] The Debtors in these cases are: (i) Diversified Mercury Communications, LLC a/k/a Mercury Media and (ii) DTR Advertising, Inc.

      b.      Defendant shall file an answering brief by no later than September 19, 2022; and

      c.      Plaintiff may file a reply by no later than September 30, 2022.

3.      No later than October 7, 2022, the parties shall exchange (i) a list of all exhibits to be offered into evidence at trial; and (ii) a list of the witnesses who may be called at trial and a brief summary of the testimony that each witness will give.

4.      Any motions in limine or objections to any exhibit, witness or witness testimony shall be filed and served no later than five (5) business days prior to the final pretrial hearing.

5.      A final pretrial hearing shall be held by Zoom on October 26, 2022 at 1:00 p.m. (Eastern Time).

6.      The trial shall be held on November 9, 2022 at 9:00 a.m. (Eastern Time), in Courtroom #3 on the 6th Floor of the United States Bankruptcy Court for the District of Delaware at 824 North Market Street in Wilmington, Delaware.  Counsel for the parties and all witnesses shall attend the trial in person, unless excused by the Court.

7.      This Order shall not be modified or amended except (i) by agreement of the parties and the Court or (ii) in exceptional circumstances and to prevent manifest injustice.

8.      To the extent inconsistent with the provisions of this Order, the requirements of the Court's Local Rules and General Orders and the Federal Rules of Civil Procedure are hereby modified or deemed satisfied.

224889520v2

Dated: June 22nd, 2022  
Wilmington, Delaware

*Ka B. O___*  
**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**